

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00289-CV

**LEGEND OAKS-SOUTH SAN ANTONIO, LLC** d/b/a Legend Oaks Healthcare and
Rehabilitation Center—South San Antonio,
Appellant

v.

Emma **MOLINA** on Behalf of the Estate of Adella Rocamontes,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17554
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's April 24, 2014, amended order overruling objections to the expert report and denying the motion to dismiss is AFFIRMED.

We ORDER that appellee Emma Molina on Behalf of the Estate of Adella Rocamontes recover her costs of this appeal from appellant Legend Oaks—South San Antonio, LLC d/b/a Legend Oaks Healthcare and Rehabilitation Center—South San Antonio.

SIGNED February 18, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice